```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 13-17253-mdc
Angela Gershman                                                 Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP             Page 1 of 2             Date Rcvd: Apr 16, 2019
                             Form ID: 138NEW         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db           +Angela Gershman,    9230 Burbank Road,    Philadelphia, PA 19115-3414
cr           +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13129227      BLOOMINGDALES,    P. O. BOX 183083,    Columbus, OH 43218-3083
13241673     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13129228      CHASE, CARDMEMBER SERVICE,    PO BOX 15153,    Wilmington, DE 19886-5153
13316057      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13129229     +Citi,   P. O. Box 6062,    Sioux Falls, SD 57117-6062
13129230    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: DELL PREFERRED ACCOUNT,    PAYMENT PROCESSING CENTER,
               P. O. BOX 6403,    Carol Stream, IL 60197-6403)
13129231     +Edward Gershman,    9230 Burbank Rd.,    Philadelphia, PA 19115-3414
13129234      MACYS,   P O BOX 183083,    Columbus, OH 43218-3083
13129235      Nieman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
13129237      PNC BANK,    PO BOX 747066,    Pittsburgh, PA 15274-7066
13343603     +PNC Mortgage, a Division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13129238      PNC Mortgage,    Attn: Payment Processing,    PO Boxs 6534,    Carol Stream, IL 60197-6534
13129239     +Target,    P. O. Box 660170,    Dallas, TX 75266-0170
13129240     +Toyota Motor Credeit Corporation,    500 Redbrook Blvd.,    Owings Mills, MD 21117-5152
13221487      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:16:59     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:42     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:47
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13221109      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2019 03:16:42
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088,    866-716-6441
13344155      E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 17 2019 03:16:45     JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302
13129233      E-mail/Text: bncnotices@becket-lee.com Apr 17 2019 03:15:58     KOHLS,    PO BOX  2983,
               Milwaukee, WI 53201-2983
13129236      E-mail/Text: bnc@nordstrom.com Apr 17 2019 03:16:00     Nordstrom Credit Card,
               P. O. Box 79134,    Phoenix, AZ 85062-9134
13214982     +E-mail/Text: bnc@nordstrom.com Apr 17 2019 03:16:00     Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
13328193      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:00
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13162106      E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2019 03:21:01
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13342913      E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:56     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13129241      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:08     VICTORIA'S SECRET,
               PO BX 659728,    San Antonio, TX 78265-9728
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC MORTGAGE, A DIVISION OF PNC BANK NA
13129232      Edward Gershman
cr*         ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
               ST CLOUD, MN  56302-9617)
13317383*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
13779876*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
                                                                                TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: PaulP              Page 2 of 2                   Date Rcvd: Apr 16, 2019
                               Form ID: 138NEW          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Angela  Gershman jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              RAMESH   SINGH    claims@recoverycorp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angela Gershman
       Debtor(s)                                            Bankruptcy No: 13−17253−mdc
                                                           Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                               Timothy B. McGrath
                                                                 Clerk of Court

Dated: 4/16/19

                                                                                                                                      93 − 92
                                                                                                                                 Form 138_new