United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 13-17253-mdc
Angela Gershman                                             Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Marie           Page 1 of 1          Date Rcvd: Jan 10, 2020
                           Form ID: 195           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db              +Angela Gershman,   9230 Burbank Road,   Philadelphia, PA 19115-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          JON M. ADELSTEIN   on behalf of Debtor Angela  Gershman jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN   on behalf of    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          RAMESH  SINGH   claims@recoverycorp.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Angela Gershman                                      : Case No. 13−17253−mdc
                        Debtor(s)

### *ORDER*

_____

AND NOW, this day , January 10, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

99
Form 195